UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

MALIK GRIFFITH,

Defendant.

**Affirmation in Support of Application for Order of Continuance**

26 Mag. 3232

State of New York )
County of New York : ss.:
Southern District of New York )

Andrew I. Lief, pursuant to Title 28, United States Code, Section 1746, hereby declares under penalty of perjury:

1. I am an Assistant United States Attorney in the Office of James M. McDonald, United States Attorney for the Southern District of New York. I submit this affirmation in support of an application for an order of continuance of the time within which a preliminary hearing would have to be conducted or an indictment or information would have to be filed, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3161(h)(7)(A).

2. The defendant was charged in a complaint dated August 10, 2026, with violations of 18 U.S.C. § 1791(a)(2), (b)(1), and (d)(1)(C). The defendant was arrested on August 13, 2026, and was presented in this District before Magistrate Judge Valerie Figueredo on that same date, at which proceeding the defendant was represented by Neil Kelly, Esq., and ordered detained.

3. At the presentment on August 13, 2026, a preliminary hearing was scheduled for August 27, 2026. Under the Speedy Trial Act, the Government had until September 12, 2026 within which to file an indictment or information. *See* 18 U.S.C. § 3161(b).

4. Defense counsel and I have had discussions regarding a possible disposition of this case. In addition, the Government has produced certain discovery materials to assist those ongoing discussions. Defense counsel's review of the discovery materials has not been completed and is not anticipated to be completed before August 27, 2026. The parties plan to continue our discussions, but do not anticipate a resolution before August 27, 2026.

5. Therefore, the Government requests a 30-day continuance until September 28, 2026, to continue the foregoing discussions toward resolving this matter. On August 24, 2026, I personally corresponded with defense counsel, who stated that the defendant consents to an extension of the preliminary hearing and Speedy Trial Act deadlines to September 28, 2026, and has specifically consented to this request.

6. For the reasons stated above, good cause supports the extension of the preliminary hearing deadline, and the ends of justice served by the granting of the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

Dated: New York, New York
August 24, 2026

Andrew Lief

Andrew I. Lief
Assistant United States Attorney
212-637-0083